DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SANCHEZ-PALOMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0094 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MOTION SCHEDULE AND EVIDENTIARY |
| v. ) | HEARING |
| ) | |
| JOSE SANCHEZ-PALOMINO, ) | Date: July 30, 2009 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Lauren Cusick, Assistant Federal Defender, for the defendant, and Todd Leras, Assistant United States Attorney, counsel for the Plaintiff, that the status conference set for Motion Hearing set for June 11, 2009 be vacated and rescheduled for July 30, 2009 at 9:00 a.m.  The following is the new schedule:

    Defense Motion filed by . . . . . . . . . . . . . . . . July 2, 2009
    Government's Response due . . . . . . . . . . . . . . . July 14, 2009
    Defense Reply due . . . . . . . . . . . . . . . . . . . July 23, 2009
    Evidentiary Hearing . . . . . . . . . . . . . . . . . . July 30, 2009
       The parties agree that time should be excluded from the date of

this order until the Evidentiary Hearing set for July 30, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare).

Dated: June 10, 2009

                                Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ Lauren Cusick
                                LAUREN CUSICK
                                Assistant Federal Defender
                                Attorney for Defendant

                                LAWRENCE G. BROWN
                                Acting United States Attorney

Dated: June 10, 2009             /s/ Lauren Cusick for
                         BY:  TODD LERAS
                                Assistant U.S. Attorney
                                per telephonic authorization

                                **ORDER**

**IT IS SO ORDERED.**

Dated: June 11, 2009

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE