DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SANCHEZ-PALOMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00094 MCE |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MOTION SCHEDULE AND EVIDENTIARY |
| v. ) | HEARING |
| ) | |
| JOSE SANCHEZ-PALOMINO ) | Date: September 24, 2009 |
| FRANCISCO VELASCO, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |
| Defendants. ) | |

It is hereby stipulated between the parties, Lauren Cusick, Assistant Federal Defender, for Mr. Sanchez-Palomino, Daniel Bacon, retained counsel for Mr. Velasco, and Todd Leras, Assistant United States Attorney, counsel for the Plaintiff, that the Motion Hearing set for July 30, 2009 be vacated and rescheduled for September 24, 2009 at 9:00 a.m. The following is the new schedule:

　　Defense Reply due . . . . . . . . . . . . . . . September 17, 2009
　　Evidentiary Hearing . . . . . . . . . . . . . . September 24, 2009

　　The parties agree that time should be excluded from the date of this order until the Evidentiary Hearing set for September 24, 2009,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare).

Dated: July 28, 2009

                              Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ Lauren Cusick
                              LAUREN CUSICK
                              Assistant Federal Defender
                              Attorney for Jose Sanchez-Palomino

                              LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Lauren Cusick for
                              DANIEL BACON
                              Attorney for Francisco Velasco

Dated: June 10, 2009              /s/ Lauren Cusick for
                       BY: TODD LERAS
                              Assistant U.S. Attorney
                              per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: July 28, 2009

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE