DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE SANCHEZ-PALOMINO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00094 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MOTION SCHEDULE AND EVIDENTIARY |
| v. ) | HEARING |
| ) | |
| JOSE SANCHEZ-PALOMINO ) | Date:  September 24, 2009 |
| FRANCISCO VELASCO, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |
| Defendants. ) | |
| ) | |

It is hereby stipulated between the parties, Lauren Cusick, Assistant Federal Defender, for Mr. Sanchez-Palomino, Daniel Bacon, retained counsel for Mr. Velasco, and Todd Leras, Assistant United States Attorney, counsel for the Plaintiff, that the Motion Hearing set for July 30, 2009 be vacated and rescheduled for September 24, 2009 at 9:00 a.m. The following is the new schedule:

    Defense Reply due . . . . . . . . . . . . . . . September 17, 2009

    Evidentiary Hearing . . . . . . . . . . . . . . September 24, 2009

The parties agree that time should be excluded from the date of this order until the Evidentiary Hearing set for September 24, 2009,

1  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable
2  time to prepare).
3   Dated: July 28, 2009
4                                          Respectfully submitted,
5
6                                          DANIEL BRODERICK
                                           Federal Defender
7
                                           /s/ Lauren Cusick
8                                          LAUREN CUSICK
                                           Assistant Federal Defender
9                                          Attorney for Jose Sanchez-Palomino

10                                         LAWRENCE G. BROWN
                                           Acting United States Attorney
11
12                                         /s/ Lauren Cusick for
                                           DANIEL BACON
13                                         Attorney for Francisco Velasco

14
   Dated: June 10, 2009                    /s/ Lauren Cusick for
15                                    BY:  TODD LERAS
                                           Assistant U.S. Attorney
16                                         per telephonic authorization

17

18                                  **ORDER**
19
   **IT IS SO ORDERED.**
20

21   Dated: July 28, 2009

22

23                                  _____
                                    MORRISON C. ENGLAND, JR.
24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28

                                     2