1   **DANIEL A. BACON** 065099
    Attorney at Law
2   5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
3   Telephone: (559)  241-7000

4   Attorney for FRANCISCO JAVIER VELASCO

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )    Case No. 2:09-CR-00094-MCE
                                       )
10              Plaintiff,             )    STIPULATION TO CONTINUE
                                       )    MOTION TO QUASH, STATUS
11       vs.                           )    CONFERENCE, AND MOTION TO
                                       )    SUPPRESS EVIDENCE
12  JOSE  SALVADOR  SANCHEZ-PALOMINO)
    ET AL.                             )    DATE:   September 24, 2009
13                                     )    TIME:   9:00 AM
                Defendant.             )    DEPT:   Hon. Morrison C. England, Jr.
14  _____)

15              IT IS HEREBY STIPULATED by and between the parties hereto, namely the

16  United States of America through their attorney of record, Assistant United States Attorney

17  Todd D. Leras, defendant Jose Salvador Sanchez-Palomino, through his attorney of

18  record, Assistant Federal Defender Lauren Cusick, Francisco Javier Velasco, through his

19  attorney of record, Daniel A. Bacon, and County of Shasta, through its attorney of record,

20  David M. Yorton, Jr., Deputy County Counsel, that the motion to quash subpoenas, the

21  status conference, and the motion to suppress evidence,  presently scheduled before the

22  Hon Morrison C. England, Jr. for September 24, 2009 at the hour of 9:00 AM, be continued

23  to November 12, 2009 at 9:00 AM.

24              It is further agreed by and between the parties that on said date, an

25  evidentiary hearing will be scheduled for the motion to suppress evidence at a time that is

26  convenient to the court, as well as the parties.

27              It is further agreed that all pending subpoenas are stayed until November 12,

28  2009, that the defense will notify all recipients of the stay, and that production of

                                                                              1

1   documents to the defense is not a substitute for a personal appearance in court.

2            The parties agree that the delay resulting from the continuance shall be

3   excluded in the interests of Justice, including, but not limited to, the need for the period of

4   time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161

5   (h)(8)(B)(iv), and availability of counsel.

6   Dated: September 21, 2009..            LAWRENCE G. BROWN, United States Attorney

7
                                          By:/s/ Todd D. Leras
8                                             TODD D. LERAS, Assistant U.S. Attorney
                                              Attorney for Plaintiff
9
    Dated: September 21, 2009.            DANIEL J. BRODERICK, Federal Defender
10

11                                        By:/s/ Lauren Cusick
                                              LAUREN CUSICK, Attorney for
12                                            JOSE SALVADOR SANCHEZ-PALOMINO

13  Dated: September 21, 2009.

14                                        /s/ Daniel A. Bacon
                                          DANIEL A. BACON, Attorney for
15                                        FRANCISCO JAVIER VELASCO

16
    Dated: September 21, 2009.            MICHAEL A. RALSTON, Shasta County Counsel
17

18                                        By:/s/ David M. Yorton, Jr.
                                              DAVID M. YORTON, JR., Attorney for
19                                            COUNTY OF SHASTA

20                                        ORDER

21           IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

22  18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

23   Dated: September 22, 2009

24

25

26                                        MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
27

28

                                                                                    2