1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for FRANCISCO JAVIER VELASCO

5

6                         UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           )  Case No. 2:09 CR-0094 MCE
                                       )
10                 Plaintiff,          )  STIPULATION TO CONTINUE
                                       )  MOTION TO QUASH, STATUS
11         vs.                         )  CONFERENCE, AND MOTION TO
                                       )  SUPPRESS EVIDENCE,
12  FRANCISCO JAVIER VELASCO,          )  AND ORDER THEREON
                                       )
13                 Defendant.          )  DATE:  November 12, 2009
                                       )  TIME:  9:00 AM
14  _____)  DEPT:  Hon. Morrison C. England, Jr.

15         IT IS HEREBY STIPULATED by and between the parties hereto, namely the

16 United States of America through their attorney of record, Assistant United States Attorney

17 Todd D. Leras, defendant Jose Salvador Sanchez-Palomino, through his attorney of

18 record, Assistant Federal Defender Lauren Cusick, Francisco Javier Velasco, through his

19 attorney of record, Daniel A. Bacon, and County of Shasta, through its attorney of record,

20 David M. Yorton, Jr., Deputy County Counsel, that the motion to quash subpoenas, the

21 status conference, and the motion to suppress evidence, presently scheduled before the

22 Hon Morrison C. England, Jr. for November 12, 2009 at the hour of 9:00 AM, be continued

23 to January 7, 2010 at 9:00 AM.

24         It is further agreed by and between the parties that on said date, an

25 evidentiary hearing will be scheduled for the motion to suppress evidence at a time that is

26 convenient to the court, as well as the parties.

27         It is further agreed that all previously-issued subpoenas are void, and new

28

Stipulation to Continue Motion to Quash, Status Conference,
and Motion to Suppress Evidence
U.S.D.C. No. 2:09-CR-0094 MCE                                                              1

subpoenas will be issued with an appearance date of January 7, 2010 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: October 30, 2009                    LAWRENCE G. BROWN, United States Attorney

By:/s/ Todd D. Leras
TODD D. LERAS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 30, 2009                    DANIEL J. BRODERICK, Federal Defender

By:/s/ Lauren Cusick
LAUREN CUSICK, Attorney for
JOSE SALVADOR SANCHEZ-PALOMINO

Dated: October 30, 2009.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
FRANCISCO JAVIER VELASCO

Dated: October 30, 2009.                    MICHAEL A. RALSTON, Shasta County Counsel

By:/s/ David M. Yorton, Jr.
DAVID M. YORTON, JR., Attorney for
COUNTY OF SHASTA

ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv) and availability of counsel.

Dated: November 3, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motion to Quash, Status Conference,
and Motion to Suppress Evidence
U.S.D.C. No. 2:09-CR-0094 MCE                                                            2