**MICHAEL A. RALSTON**
County Counsel
State Bar No. 74932
DAVID M. YORTON, JR.,
SENIOR DEPUTY COUNTY COUNSEL
1450 Court Street, Suite 332
Redding, California 96001
(530) 225-5711
(530) 225-5817 FAX

Attorneys for Shasta County Sheriff's Department

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANCISCO JAVIER VELASCO,<br><br>        Defendant. | CASE NO.: 2:09-CR-00094 MCE<br><br>REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER<br><br>DATE:   January 7, 2010<br>TIME:   9:00 A.M. |

    I, DAVID M. YORTON, JR., Senior Deputy County Counsel, representing the Shasta County Sheriff's Department, hereby request to appear in the above-referenced matter by telephone.

Dated:

                               /s/ David M. Yorton, Jr.
                               DAVID M. YORTON, JR.,
                               Senior Deputy County Counsel

    IT IS HEREBY ORDERED:

Request for the above attorney to appear by telephone is granted.

Dated: January 6, 2010

                               _____
                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

**REQUEST FOR APPEARANCE BY TELEPHONE**