DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE SANCHEZ-PALOMINO



                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )   No. CR-S-09-0094 MCE
                                   )
                    Plaintiff,     )   STIPULATION AND ORDER TO MODIFY
                                   )   BRIEFING SCHEDULE
        v.                         )
                                   )   Date:  May 27, 2010
JOSE SANCHEZ-PALOMINO,             )   Time:  9:00 a.m.
FRANCISCO VELASCO,                 )   Judge: Hon. Morrison C. England
                                   )
                    Defendants.    )
                                   )
_____

        It is hereby stipulated between the parties, Lauren Cusick,

Assistant Federal Defender, for Defendant Jose Sanchez-Palomino, and

Daniel Bacon, Attorney for Defendant Francisco Velasco, and Todd Leras,

Assistant United States Attorney, counsel for the Plaintiff, that the

briefing schedule modifying the motions to be as follows and the Motion

Hearing set for May 27, 2010 to remain the same.  The following is the

new schedule:

        Defense Motion due  . . . . . . . . . . . . . . . April 29, 2010

        Government's Opposition due  . . . . . . . . . . . May 20, 2010

        Defense Reply due  . . . . . . . . . . . . . . . . May 24, 2010

Evidentiary Hearing . . . . . . . . . . . . . . . . . May 27, 2010

The parties agree that time should be excluded from the date of this order until the Evidentiary Hearing set for May 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) and Local Code T4 (reasonable time to prepare).

Dated: April 21, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Jose Sanchez-Palomino

/s/ Daniel Bacon
DANIEL BACON
Attorney for Francisco Velasco

BENJAMIN WAGNER
United States Attorney

Dated: April 21, 2010

/s/ Lauren Cusick for
TODD LERAS
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28