BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. 2:09-CR-0094 MCE
                                 )
            Plaintiff,           )
                                 )   STIPULATION AND ORDER
      v.                         )   TO RESET MOTION SCHEDULE
                                 )
FRANCISCO JAVIER VELASCO, and    )
JOSE SALVADOR SANCHEZ PALOMINO,  )
                                 )
            Defendants.          )
_____)

   Plaintiff United States of America and Defendants Francisco Javier Velasco and Jose Salvador Sanchez Palomino, through their respective counsel, Attorney Daniel A. Bacon and Attorney Lauren Cusick, stipulate and agree to the following revised schedule regarding briefing and hearing on Defendants' "Motion to Dismiss the Indictment Based on Equal Protection and Due Process Violations" (the "Equal Protection Motion"):

   1. Government's Opposition shall be filed no later than July 15, 2010;

   2. Defendants' Reply shall be filed no later than July 29, 2010;

1

1  3.  A non evidentiary hearing on the Equal Protection Motion
       and Defendants' pending "Motion to Suppress Evidence" (the
2      "Suppression Motion") shall be continued to August 5, 2010
       at 9:00 a.m.;
3

4  4.  In the event the Court deems an evidentiary hearing to be
       necessary on the Equal Protection Motion and/or the
5      Suppression Motion, the evidentiary hearing shall be set
       for September 13-15, 2010; and
6

7  5.  The non-evidentiary hearing date of May 27, 2010 for
       Defendants' Equal Protection Motion and Suppression Motion
8      shall be vacated.

9

10    Defendants' Equal Protection Motion is voluminous and the

11 government needs additional time to research and prepare the

12 Opposition Brief.  Accordingly, the parties stipulate to the revised

13 law and motion schedule.

14    Additionally, the parties agree that time shall be excluded

15 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 -

16 reasonable time to prepare and for continuity of counsel and 18

17 U.S.C. § 3161(h)(1)(D) - Local Code E - pending motion.  The parties

18 agree to exclusion of time for the reasons stated above from May 27,

19 2010, up to and including August 5, 2010.  Defense counsel have

20 authorized Assistant U.S. Attorney Todd D. Leras to sign this

21 stipulation on their behalf.

22                                    Respectfully submitted,

23                                    BENJAMIN B. WAGNER
                                      United States Attorney
24

25 DATED: May 25, 2010            By: /s/ Todd D. Leras
                                      TODD D. LERAS
26                                    Assistant U.S. Attorney

27 / / /

28 / / /

2

```
1  DATED: May 25, 2010              By: /s/ Todd D. Leras for
                                        LAUREN CUSICK
2                                       Assistant Federal Defender
                                        Attorney for Defendant
3                                       JOSE SALVADOR SANCHEZ PALOMINO

4

5  DATED: May 25, 2010              By: /s/ Todd D. Leras for
                                        DANIEL A. BACON
6                                       Attorney for Defendant
                                        FRANCISCO JAVIER VELASCO
7
```

**ORDER**

Good cause having been shown, it is hereby ordered that the revised briefing schedule is adopted and that time shall be excluded under Local Code T-4 and Local Code E from May 27, 2010, up to and including August 5, 2010.  The non-evidentiary hearing on Defendants' Equal Protection Motion and Suppression Motion and Further Status Conference is continued to August 5, 2010.  An evidentiary hearing, if deemed necessary by the Court, shall be held on September 13-15, 2010.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE