```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE MORRISON C. ENGLAND, JR.
```

UNITED STATES OF AMERICA,                    No. 2:09-cr-00094-MCE

       Plaintiff,

  v.                                         **ORDER**

JOSE SALVADOR SANCHEZ-PALOMINO
and FRANCISCO JAVIER VELASCO,                Date: 8/10/2010

       Defendants.
_____/


The Court received and reviewed the letter dated August 5, 2010 from Sergeant Mike Wood as well as comments regarding the letter from counsel.  The Court agrees with and finds appropriate the following requests of the Federal Defender:

> "1.  With respect to request #3, we have not received the Shascom manual to interpret the previously disclosed mobile data terminal (MDT) records.  If Shasta County believes it has been provided, we request that Shasta County indicate to whom it was provided, when, and on what page number(s) of the previous disclosure it can be found.
>
> 2.  I request an attestation under penalty of perjury relating to any records or documents that Shasta County claims do not exist.  I believe this applies to requests #1, 5, 6, 7, and 8.
>
> 3.  With respect to request #9, request an attestation under penalty of perjury that CalMMET has not created any internal memoranda or training documents regarding Domestic Highway Enforcement, and that the only document that exists relating to that program is the policy provided by Sergeant Wood.
>
> 4.  With respect to request #3, we have not received any "numbered log of searches" for canine Maximus, nor have we received any "monthly reports" compiled from those numbered logs, nor have we received any "yearly reports" compiled from those monthly reports. If none of those items exist, we request an attestation under penalty of perjury to that effect. We have not received medical or veterinary records related to the August 21, 2005 stabbing of police canine Maximus. If no such records exist, we request an attestation under penalty of perjury to that effect."

Shasta County is ordered to provide the requested response(s) and or attestations not later than twelve (12) noon, Wednesday, August 11, 2010. If the requested response(s)and or attestations are not received by the Court and all counsel on or before that date and time, the Order to Show Cause hearing will remain on calendar.

The Clerk's Office is directed to serve a copy of these minutes, by mail and fax, to:

    The Custodian of Records
    Shasta County Sheriff's Office
    1525 Court Street
    Redding, California 96001
    Fax: 530-245-6173 and 530-245-6054

    Rubin E. Cruse, Jr., County Counsel
    Office of the County Counsel
    Shasta County Administration Center
    1450 Court Street, Suite 332
    Redding, California 96001-1675
    Fax: 530-225-5817

Dated: August 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE