LAUREN CUSICK, Bar #257570
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SALVADOR SANCHEZ-PALOMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00094-MCE |
| Plaintiff, | |
| v. | ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE |
| JOSE SALVADOR SANCHEZ-PALOMINO, | |
| Defendant. | Date: October 14, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

  IT IS HEREBY ORDERED that Lauren Cusick, counsel for JOSE SANCHEZ-PALOMINO, is permitted to appear by telephone at the hearing scheduled October 14, 2010 at 9:00 a.m. on Mr. Sanchez-Palomino's motion to compel production of documents and to compel immunity. Counsel can be reached directly at (619)685-3724.

 Dated: October 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE