UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00094-MCE |
| Plaintiff, | |
| v. | **ORDER TO APPEAR** |
| JOSE SALVADOR SANCHEZ-PALOMINO, | Date: October 18, 2010<br>Time: 9:00 a.m. |
| Defendant. | Courtroom: 7 |

----oo0oo----

IT IS HEREBY ORDERED that witness DAGOBERTO BAUTISTA-LOPEZ appear in this Court, 501 I Street, Courtroom 7, Sacramento, California 95814 on October 18, 2010, at 9:00 a.m., to testify in this case.  Assistant Federal Defender, Jeffrey Staniels, agreed to arrange for the transportation of witness DAGOBERTO BAUTISTA-LOPEZ for that hearing.

IT IS SO ORDERED.

Dated: October 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE