1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE D. BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JOSE SALVADOR SANCHEZ-PALOMINO

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,     ) No. 2:09-cr-00094-MCE
14                               )
              Plaintiff,         )
15                               )
        v.                       ) ORDER TO APPEAR
16                               )
   JOSE SALVADOR SANCHEZ-PALOMINO,)
17                               ) Date: October 18, 2010
              Defendant.         ) Time: 9:00 a.m.
18                               ) Judge: Hon. Morrison C. England Jr.
   _____ )
19

20

21       IT IS HEREBY ORDERED that witness DAGOBERTO BAUTISTA-LOPEZ appear

22  in this Court, at 501 I Street, 15th Floor, Sacramento, CA 95814 on

23  October 18, 2010 at 9:00 a.m. to testify in this case.  The Marshals

24  shall arrange for the transportation of witness DAGOBERTO BAUTISTA-

25  LOPEZ for that hearing and shall pay for such transportation pursuant

26  to 28 U.S.C. § 1821.

27  //

28  //

1  The Clerk of the Court shall serve this order forthwith on the
2  U.S. Marshal Service.

 Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE