**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*        (916) 498-5700  Fax: (916) 498-5710        *Linda C. Harter*
*Acting Federal Defender*                                                *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       October 14, 2010

TO:         Honorable Morrison C. England, Jr.
            United States District Judge

FROM:       Jeffrey Staniels
            Assistant Federal Defender
            for Lauren Cusick, Attorney for Jose Salvador Sanchez-Palomino,
            No. 2:09-cr-0094 MCE

SUBJECT:    Request for order to the U.S. Marshal to pay for transportation and
            subsistence expenses of a witness located in Portland Oregon

---

Permission to issue subpoenas pursuant to Federal Rule of Criminal Procedure 17(b) for the attendance of defense witness at the on-going evidentiary hearing in the above case has previously been granted (On August 6, 2010).  One affected witness lives in Portland and is scheduled to appear on October 18, 2010.

This memorandum also requests authority for the U.S. Marshal to arrange for transportation of the witness via Greyhound bus on Sunday, October 17, 2010, for subsistence while he is in Sacramento, and for his return trip to Portland at the conclusion of his appearance, presumably on Monday or Tuesday depending on bus schedules.

**B.    Legal Authority.**

Federal Rule of Criminal Procedure 17(b), requires that advance authority be requested under for subpoenas for indigent defendants. The rule permits this request to be made *ex parte*.  The presence of the witnesses sought in this case are necessary for an adequate presentation of the defense.

Where permission has been granted to produce witnesses under the provisions of federal rule of criminal procedure 17, the Rule provides that costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.   Federal Rule of Civil Procedure 45(b)(1) and 28 U.S.C. §§ 1821, and 1825(a) set forth provisions concerning the payment of such expenses.  Those provisions provide, in pertinent part, that these expenses will "be paid" by the U.S. Marshal for the district, on the certificate of the Federal Defender. 18 U.S.C. § 1825(c) also provides that fees need not be tendered at the time of service of the subpoenas if fees are to be paid by the U.S. Marshal.

**ORDER**

    Permission to issue the requested subpoenas having previously been granted, the U.S. Marshal is hereby directed to make provision for travel and subsistence of Mr. Dagoberto Bautista-Lopez according to law.

    **IT IS SO ORDERED.**

Dated: October 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE