1   DANIEL A. BACON 065099
    ATTORNEY AT LAW
2   5200 NORTH PALM AVENUE, SUITE 408
    FRESNO, CALIFORNIA 93704-2225
3   TELEPHONE: (559) 241-7000

4   ATTORNEY FOR FRANCISCO JAVIER VELASCO

5
                     UNITED STATES DISTRICT COURT
6
                   EASTERN DISTRICT OF CALIFORNIA
7

8
    UNITED STATES OF AMERICA,          )   Case No. 2:09-cr-00094-MCE
9                                      )
              Plaintiff,               )   DEFENDANT FRANCISCO JAVIER
10                                     )   VELASCO'S WAIVER OF APPEARANCE
              vs.                      )
11                                     )
    FRANCISCO JAVIER VELASCO,          )   DATE:  October 14, 2010
12                                     )   TIME:  9:00 AM
              Defendant.              )   DEPT:  Hon. Morrison C. England, Jr.
13   _____  )

14   TO THE HONORABLE COURT:

15          Defendant Francisco Javier Velasco hereby knowingly, voluntarily and intelligently

16   waives his right to be present at the hearing on motions currently scheduled for

17   October 14, 2010, where his presence is not necessary to ensure his constitutional rights.

18   Defendant Velasco also knowingly, voluntarily and intelligently waives his right to be

19   present at these proceedings under Federal Rules of Criminal Procedure, Rule 43.

20   Defendant Velasco agrees to appear on October 18, 2010 or any other date that the court

21   should set.

22          Executed this 13th day of October, 2010, at  Fresno, California.

23

24                                      /s/ Francisco Javier Velaso
                                        FRANCISCO JAVIER VELASCO
25
            Executed this 13th day of October, 2010, at  Fresno, California.
26

27                                      /s/ Daniel A. Bacon
                                        DANIEL A. BACON, Attorney for
28                                      FRANCISCO JAVIER VELASCO

Defendant Francisco Javier Velasco's Waiver of Appearance                    1

ORDER

This matter came before the court on defendant Francisco Javier Velasco's *ex parte* request that his personal appearance at the October 14, 2010 motions hearing be excused. The court hereby grants the defendant's *ex parte* application and excuses his appearance on October 14, 2010.

Dated: October 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE