MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for JOSE SANCHEZ-PALOMINO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE SANCHEZ-PALOMINO,<br>　　　　　Defendant.<br>================================ | ) No. CR-S-09-94 MCE<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE SENTENCING<br>) HEARING<br>)<br>) Date: 6-9-2011<br>) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England |

　　　　IT IS HEREBY STIPULATED between the parties, Assistant United States Attorneys Todd Leras and Daniel McConkie and with Michael Long, attorney for JOSE SANCHEZ-PALOMINO, that the status hearing set for May 26, 2011, at 9:00 a.m. should be continued until June 9, 2011, at 9:00 a.m.  The continuance is necessary as the government and defense counsel are continuing to discuss numerous settlement issues.

　　　　IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of June 9, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  May 23, 2011　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. SANCHEZ-PALOMINO

-1-

Dated: May 23, 2011

                BENJAMIN WAGNER
                United States Attorney

                /s/ Todd Leras
                TODD LERAS
                Assistant U.S. Attorney

                /s/ Daniel McConkie
                DANIEL McCONKIE
                Assistant U.S. Attorney

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.law@msn.com
4

            IN THE UNITED STATES DISTRICT COURT
5           FOR THE EASTERN DISTRICT OF CALIFORNIA

6
   THE UNITED STATES OF AMERICA,    ) No. CR-S-09-94 MCE
7           Plaintiff,               )
                                     ) ORDER
8      v.                            )
                                     ) Date:  6-9-2011
9  JOSE SANCHEZ-PALOMINO,            ) Time:  9:00 a.m.
                                     ) Judge: Hon. Morrison C. England
10         Defendant.                 )
11 ==============================)

12      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
13 sentencing hearing presently set for May 26, 20011 at 9:00 a.m. be continued to June 9, 2011, at
14 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court
15 hereby finds that the failure to grant a continuance in this case would deny defense counsel
16 reasonable time necessary for effective preparation, taking into account due diligence.
17      The period of time from the signing of this Order up to and including the new status
18 conference date of June 9, 2011, is excluded in computing the time within which trial must
19 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for
20 ongoing preparation of counsel.
21 **Date: 5/23/2011**

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE

-3-