MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for JOSE SANCHEZ-PALOMINO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE SANCHEZ-PALOMINO,<br>　　　　　Defendant.<br>============================== | ) No. CR-S-09-94 MCE<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE SENTENCING<br>) HEARING<br>)<br>) Date: 8-25-2011<br>) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England |

　　　　IT IS HEREBY STIPULATED between the parties, Assistant United States Attorneys Todd Leras and Daniel McConkie and with Michael Long, attorney for JOSE SANCHEZ-PALOMINO, that the status hearing set for June 30, 2011, at 9:00 a.m. should be continued until August 25, 2011, at 9:00 a.m.  The continuance is necessary as the defense continues to review discovery and government and defense counsel are continuing to discuss numerous settlement issues.

　　　　IT IS STIPULATED by all parties that the period of time from the signing of this Order up to and including the new status conference date of August 25, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.  The defendant stipulates that the need for additional time to review the discovery and negotiate with the government outweighs the defendant's need, and the public's need, for a speedy trial.

///

-1-

| | |
|---|---|
| Dated: June 28, 2011 | Respectfully submitted, |
| | /s/ Michael D. Long |
| | MICHAEL D. LONG |
| | Attorney for Mr. SANCHEZ-PALOMINO |
| Dated: June 28, 2011 | |
| | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ Todd Leras |
| | TODD LERAS |
| | Assistant U.S. Attorney |
| | /s/ Daniel McConkie |
| | DANIEL McCONKIE |
| | Assistant U.S. Attorney |

```
 1  MICHAEL D. LONG  (CA State Bar #149475)
    901 H Street, Suite 301
 2  Sacramento, CA 95814
 3  (916) 447-1920
    Mike.Long.law@msn.com
 4
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,   ) No. CR-S-09-94 MCE
                 Plaintiff,     )
                                ) ORDER
        v.                      )
                                ) Date:  8-25-2011
JOSE SANCHEZ-PALOMINO,          ) Time:  9:00 a.m.
                                ) Judge: Hon. Morrison C. England
                 Defendant.     )
===============================)
```

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the sentencing hearing presently set for June 30, 20011 at 9:00 a.m. be continued to August 25, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The Court further finds that the need for additional time to review the discovery and negotiate with the government outweighs the defendant's need, and the public's need, for a speedy trial.

The period of time from the signing of this Order up to and including the new status conference date of August 25, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: August 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE